**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02801-CMA-CBS

MARY DI GIALLONARDO,

    Plaintiff,

v.

JFC AUTOMOTIVE RENTAL GROUP, LLC.,
JFC LEASING, LLC.,
DOLLAR RENT A CAR, INC., a Corporation, and
DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., a Corporation,

    Defendants.

---

**ORDER GRANTING DISMISSAL OF DEFENDANTS DOLLAR RENT A CAR, INC.
AND DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.**

---

Plaintiff's Unopposed Motion for Voluntary Dismissal (Doc. # 50) is GRANTED.

The Court hereby ORDERS as follows:

Defendants Dollar Rent a Car, Inc. And Dollar Thrifty Automotive Group, Inc. are hereby DISMISSED, each party to pay her or its own costs and attorneys' fees.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Dollar Rent A Car, Inc. and Dollar Thrifty Automotive Group, Inc. as Defendants in this case.

DATED:  June   11  , 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge