**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  08-cv-02801-CMA-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:   October 6, 2009** | **Courtroom Deputy:**   Linda Kahoe |

MARY DI GIALLONARDO,                                           John Keith Killian
                                                                                        Damon Davis
                                                                                        Nicholas W. Mayle
            Plaintiff,

            v.

JFC AUTOMOTIVE RENTAL GROUP, LLC,           Wayne Warren Williams
JFC LEASING, LLC,

            Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:       8:31 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding status of the case.

Mr. Killian states Plaintiff may be amending complaint to add the health insurance carrier as a Defendant.

**ORDERED**:   The Unopposed Motion to Modify the Scheduling Order to Permit an Extension of Time to Provide Expert Disclosures and Expert Rebuttal Reports (doc #[55], filed 10/1/2009 is **GRANTED**.  The deadline for expert disclosures is extended to NOVEMBER 2, 2009.  The deadline for rebuttal expert disclosures is extended to JANUARY 4, 2010.  The deadlines for discovery cut off, dispositive motions, and the Final Pretrial Conference remain in effect.

HEARING CONCLUDED.

**Court in recess:           8:37 a.m.**
Total time in court:     00:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.