**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02801-CMA-CBS

MARY DI GIALLONARDO,

    Plaintiff,

v.

JFC AUTOMOTIVE RENTAL GROUP, LLC., and
JFC LEASING, LLC.,

    Defendants.

---

**ORDER GRANTING MOTION FOR JUDGMENT**

---

The parties' Stipulated Motion for Entry of Judgment (Doc. # 67), filed February 26, 2010 is GRANTED. The Court FINDS that venue is proper in this Court and the Court has jurisdiction over the parties and subject matter of this action, and hereby ORDERS as follows:

1. Plaintiff Mary Di Giallonardo shall recover from Defendants One Hundred Thousand Dollars ($100,000). Entry of judgment for this amount shall resolve all claims, including but not limited to attorneys fees and costs, brought by Plaintiff against Defendants through the date of judgment.

2. Plaintiff Mary Di Giallonardo shall recover from Defendants post-judgment interest, to be calculated in accordance with the formula set forth in 28 U.S.C. § 1961.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss Second Amended Complaint (Doc. # 45) is DENIED AS MOOT, and

ORDERED that this case is hereby DISMISSED.

DATED: March  02 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge